DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDRE HUNTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2384

_____

April 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Andre Hunter, pro se.

PER CURIAM.

   Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.